# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                              CASE NO. 3:00cr108LAC

JUAN M. MORALES

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   December 19, 2005

Motion/Pleadings:  MOTION TO ELIMINATE ENHANCEMENTS AND REDUCE SENTENCE

Filed by DEFENDANT PRO SE   on 12/9/05   Doc.# 41

RESPONSES:

BY GOVERNMENT   on 12/16/05   Doc.# 42

                                      on   Doc.#

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 21st day of December, 2005, that:*

*(a) The relief requested is* **DENIED.**

*(b)* <u>Booker</u> *is not retroactively applicable.*

                                                      *s/L.A. Collier*
                                                      **LACEY A. COLLIER**
                                              *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.