# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                  CASE NO.  3:00cr108LAC

JUAN M. MORALES

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __January 27, 2006__
Motion/Pleadings: __MOTION FOR RECONSIDERATION__
Filed by __DEFENDANT PRO SE__ on __1/17/06__ Doc.# __44__
RESPONSES:
                                                      on _____ Doc.# _____
                                                      on _____ Doc.# _____

____ Stipulated      ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                  Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 30th day of January, 2006, that:*

*(a) The relief requested is* **DENIED.**

*(b)* _____

                                                      *s/L.A. Collier*
                                                      ***LACEY A. COLLIER***
                                         *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.