## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                              CASE NO. 3:00cr108LAC

JUAN MORALES

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   December 4, 2006
Motion/Pleadings:   MOTION PETITIONING THE COURT FOR RECONSIDERATION OF THE ORDER DENYING PETITIONER'S MOTION TO COMPEL THE GOVERNMENT TO COMPLY WITH THE TERMS AND CONDITIONS OF THE PLEA AGREEMENT
Filed by DEFENDANT PRO SE   on   11/20/2006   Doc.# 49
RESPONSES:

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
Deputy Clerk: Mary Maloy

LC (1 OR 2)

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 5th day of December, 2006, that:*

*(a) The relief requested is **DENIED**.*

*(b) Defendant's Plea Agreement (doc 24) provides that "If, in the sole discretion of the United States Attorney, Juan Morales is deemed to have provided substantial assistance in the investigation or prosecution of other persons who have committed offenses,...then the United States Attorney will file an appropriate substantial assistance motion." (Emphasis added.) Defendant was advised by the Court at his plea that it is "up to the government, only the government, no one else" to determine whether his cooperation was deemed substantial.*

Entered On Docket: _____  By: \_\_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Document No.